## STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. EDNA CLIFFORD, PLAINTIFF IN ERROR.

Submitted May 25, 1945—Decided September 27, 1945.

For the defendant in error, *Manfield G. Amlicke.*

For the plaintiff in error, *Louis Dworetz.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, BODINE, OLIPHANT, WELLS, RAFFERTY, DILL, FREUND, McGEEHAN, JJ. 9.

*For reversal*—CASE, HEHER, COLIE, JJ. 3.